# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CR.S. 06-254 FCD
)
JOSE ALBERTO GASPER-GARCIA )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        (X) Ad Prosequendum         ( ) Ad Testificandum.

Name of Detainee: **JOSE ALBERTO GASPER-GARCIA**

Detained at (custodian): **DVI TRACY**

Detainee is: a.) (X) charged in this district by:
        (X) Indictment     ( ) Information     ( ) Complaint
        Charging Detainee With: Deported Alien Found in the United States

or   b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ( ) return to the custody of detaining facility upon termination of proceedings
or   b.) (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

Signature: /s/ Michael M. Beckwith
Printed Name & Phone No: MICHAEL M. BECKWITH (916) 554-2797
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
( **X** ) Ad Prosequendum     ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

6/29/06         /s/ Gregory G. Hollows
Date         United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Alberto Gaspar | Male X | Female |
| Booking or CDC #: | V13883 | DOB: | |
| Facility Address: | 23500 Kasson Road | Race: | |
| | Tracy, CA 95376 | FBI | 462972KB9 |
| Facility Phone: | 209-835-4141 | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____ by _____     _____
                                                         (Signature)
gaspar.writ