DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE ALBERTO GASPER-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-0254 FCD |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| JOSE ALBERTO GASPER-GARCIA ) aka Alberto Gaspar, ) | Date: September 18, 2006 Time: 9:30 a.m. Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |

It is hereby stipulated and agreed to between the United States of America through Michael Beckwith, Assistant United States Attorney and JOSE ALBERTO GASPER-GARCIA, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference/Trial Confirmation Hearing presently scheduled for August 28, 2006 be vacated and rescheduled for status conference/Trial Confirmation Hearing on September 18, 2006 at 9:30 a.m.

It is further hereby stipulated that the Jury Trial date of September 12, 2006, be vacated.

This continuance is being requested due to the need for on-going defense investigation and preparation. The parties are also waiting for the Probation Office's Pre-Plea Presentence Investigation Report to be completed and forwarded to counsel for review.

IT IS FURTHER STIPULATED that the period from August 28, 2006, through and including

September 18, 2006, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: August 24, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JOSE ALBERTO GASPER-GARCIA

Dated: August 24, 2006

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
MICHAEL BECKWITH
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: August 24, 2006

/s/ Frank C. Damrell Jr.
_____
FRANK C. DAMRELL, JR.
United States District Judge

Stip & Order                                2