DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE ALBERTO GASPER-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-06-0254 FCD |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| JOSE ALBERTO GASPER-GARCIA aka Alberto Gaspar, | Date: January 8, 2007<br>Time: 10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. | |

   It is hereby stipulated and agreed to between the United States of America through Michael Beckwith, Assistant United States Attorney and JOSE ALBERTO GASPER-GARCIA, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for November 27, 2006 be vacated and rescheduled for January 8, 2007 at 10:00 a.m.

   This continuance is being requested due to the need for ongoing defense investigation and preparation. Ms. Barbour has recently taken over this case from prior defense counsel, Matthew Bockmon. Ms. Barbour must speak with Mr. Gasper-Garcia and advise him regarding the

probation report and the plea agreement.  All communications must be through a Spanish interpreter.  The staff interpreter for the Federal Defender's Office is out on leave this month, making it more difficult to schedule a visit to see Mr. Gasper-Garcia.

IT IS FURTHER STIPULATED that the period from the date of this stipulation through and including January 8, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: November 21, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour
_____
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for Defendant
JOSE ALBERTO GASPER-GARCIA

Dated: November 21, 2006

MCGREGOR W. SCOTT
United States Attorney

/s/ Rachelle Barbour for
_____
MICHAEL BECKWITH
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: November 21, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stip & Order                               2