```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  JOSE ALBERTO GASPER-GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-S-06-0254 FCD |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE |
| JOSE ALBERTO GASPER-GARCIA aka Alberto Gaspar, | ) Date: February 20, 2007<br>) Time: 10:00 a.m.<br>) Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. | ) |

It is hereby stipulated and agreed to between the United States of America through Michael Beckwith, Assistant United States Attorney and JOSE ALBERTO GASPER-GARCIA, by and through his counsel, Rachelle Barbour, Assistant Federal Defender, that the status conference presently scheduled for January 8, 2007 be vacated and rescheduled for February 20, 2007 at 10:00 a.m.

This continuance is being requested due to the need for ongoing defense investigation and preparation. Ms. Barbour has recently taken over this case from prior defense counsel, Matthew Bockmon. Defense counsel has requested additional criminal history records that have not

yet been received.

    IT IS FURTHER STIPULATED that the period from the date of this stipulation through and including February 20, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: January 5, 2007

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    /s/ Rachelle Barbour
    _____
    RACHELLE BARBOUR
    Assistant Federal Defender
    Attorney for Defendant
    JOSE ALBERTO GASPER-GARCIA

Dated: January 5, 2007

    MCGREGOR W. SCOTT
    United States Attorney

    /s/ Rachelle Barbour for
    _____
    MICHAEL BECKWITH
    Assistant U.S. Attorney
    per email authority

**O R D E R**

IT IS SO ORDERED.

Dated: January 5, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE